United States District Court
Southern District of Texas
FILED

APR 2 0 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. **B-04-074** |
| $6,300.00, U.S. CURRENCY § | |
| 14 K GOLD BRACELET § | |
| 2001 FORD F150 TRUCK § | |
| 1998 MERCURY GRAND MARQUIS § | |
| Defendants. § | |

### VERIFIED COMPLAINT FOR FORFEITURE IN REM

United States of America, plaintiff, files this action for forfeiture against:

$6,300.00, U.S. Currency,

14 K gold bracelet,

2001 Ford F150 truck, vehicle identification number 1FTRW08L51KE13669,

1998 Mercury Grand Marquis, vehicle identification number,

2MEFM74WXWX615265, defendant properties.

1. This civil action in rem is brought to enforce 21 U.S.C.§ 881(a)(6) which provides for the forfeiture of property that constitutes or is derived from proceeds traceable to illegal drug trafficking in violation of Title II of the Controlled Substance Act, 21 U.S.C. § 801 et seq.

2. This Court has jurisdiction pursuant to 28 U.S.C. §§1345 and 1355.

3. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1355, 1391(b) and 1395(a) and (b).

4. Defendant properties are and will remain within the jurisdiction of this Court during the pendency of this action.

5. The defendant properties are subject to forfeiture under 21 U.S.C.§ 881(a)(6) as

proceeds or property derived from proceeds traceable to illegal trafficking in controlled substance in violation of Title II of the Controlled Substances Act, 21 U.S.C. § 801, et seq.

6. A federal grand jury in the Southern District of Texas has returned an indictment in *United States of America v. Juan Jose Cuellar and Luis Angel Cuellar*, Criminal No. B-03-707. In the indictment Luis Angel Cuellar is charged with conspiracy to possess with the intent to distribute cocaine and marijuana. Luis Angel Cuellar has pleaded guilty to conspiracy to possess with the intent to distribute marijuana and is awaiting sentencing. At the time of his arrest, Luis Angel Cuellar was on probation for a marijuana conviction.

*Illegal Drug Proceeds*

8. During the time period of the crimes charged in the indictment and earlier, criminal defendant Luis Angel Cuellar and his wife, Sally Cuellar, had minimal legitimate income. Based on information received during the course of this investigation, criminal defendant Luis Angel Cuellar generated substantial sums of money from his unlawful drug trafficking activities.

9. On November 6, 2003, pursuant to a search warrant, law enforcement agents searched the residence of Luis Angel Cuellar in San Benito, Texas. There the agents seized $6,300.00, U.S. Currency, 14 K gold bracelet, and a 2001 Ford F150 truck, vehicle identification number 1FTRW08L51KE13669. On November 7, 2003, law enforcement agents took custody of 1998 Mercury Grand Marquis, vehicle identification number, 2MEFM74WXWX615265, in Brownsville, Texas.

10. While conducting the search the agents were informed by Sally Cuellar that she was not employed, but she did earn $800 a year for interior design work and she stated that she sells pit-bull puppies for approximately $120.00 each, earning approximately $2,000.00 per year, but she just started selling the puppies in 2003. Her son receives $600.00 per month for his

2

disability.

11. Luis Angel Cuellar was arrested and was advised of his *Miranda* rights. After waiving his right to remain silent, he said that he earned approximately $300.00 per week. He said that he had not been involved in trafficking illegal drugs during the past two years. He did say that in the past he introduced sources/suppliers of drugs to persons who would transport the drugs to people in Atlanta, Georgia. A source has said, however, that Luis Angel Cuellar did assist in shipping loads of illegal drugs to Atlanta, Georgia. Evidence uncovered during the investigation established that Luis Angel Cuellar was involved in the shipment of numerous loads, including 1,800 pounds of marijuana at an approximate street value of $500,000 in Brownsville, Texas, and six kilograms of cocaine at an approximate street value of $60,000 in Brownsville.

12. Although Luis Angel Cuellar and Sally Cuellar had nominal legitimate income, they made approximately $90,000 in cash purchases within the last five years:

   a. their residence for approximately $60,000 cash, in November 2000,

   b. a 2002 Blue Wave boat with $5,000 cash down payment and a note of about $14,000,

   c. defendant property 2001 Ford F150 truck on 3/8/2002 with $4,375 cash, $10,000 trade-in and $15,140.37 financed,

   d. approximately $16,000 of furniture between October 2000 and January 2001, and

   e. defendant property 1998 Mercury Grand Marquis on or about July 25, 2001, for $9,000.00 cash.

12. Therefore, plaintiff requests:

3

a. Arrest Warrants and summons, citing all persons having an interest in the defendant property to appear on the return day of process by filing a claim and answer pursuant to Rule C(6), Supplemental Rules for Certain Admiralty and Maritime Claims, or as ordered by this Court,

b. A judgment of forfeiture; and

c. Costs and other relief to which the plaintiff may be entitled.

Respectfully submitted,

Michael T. Shelby
United States Attorney

By: _____
WILLIAM F. HAGEN
Assistant U.S. Attorney
By permission of
Albert Ratliff
Attorney-in-Charge
NY Bar No. 1073907
SDTX Bar No. 6764
Assistant United States Attorney
United States Attorney's Office
P. O. Box 61129
Houston, Texas 77208
Office (713) 567-9579
Fax (713) 718-3300

## VERIFICATION

I am Robert Franklin, Special Agent, Drug Enforcement Administration, and I declare under penalty of perjury that I have read the foregoing Verified Complaint for Civil Forfeiture In Rem, and the facts stated therein are based upon my personal knowledge or from information obtained in the course of my investigation and are true and correct to the best of my knowledge and belief.

Executed on April 20, 2004.

*Franklin, S/A*
Robert Franklin
Special Agent, Drug Enforcement Administration