UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 0 2004

Michael N. Milby
Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Plaintiff, § | |
| § | |
| v.  § | CIVIL ACTION NO. **B-04-074** |
| $6,300.00, U.S. CURRENCY § | |
| 14 K GOLD BRACELET § | |
| 2001 FORD F150 TRUCK § | |
| 1998 MERCURY GRAND MARQUIS § | |
| Defendants. § | |

## GOVERNMENT'S MOTION FOR A SUMMONS AND AN ARREST WARRANT

United States of America, plaintiff, moves for a summons and warrant for the arrest of defendant properties pursuant to Rule C(3)(a)(i), Supplemental Rules for Certain Admiralty and Maritime Claims. Rule C(3)(a)(i) states that:

> When the United States files a complaint demanding a forfeiture for violation of a federal statute, the clerk must promptly issue a summons and a warrant for the arrest of the . . . property. . . .

The government has filed a complaint demanding forfeiture of the listed defendant properties. The complaint demands forfeiture for violations of 21 U.S.C. § 881(a)(6) and 18 U.S.C. §981(a)(1)(A). The relevant statute, 21 U.S.C. §881(a)(6), provides that all proceeds traceable to an exchange for a controlled substance shall be subject to forfeiture to the United States. Additionally, 18 U.S.C.§981(a)(1)(A) provides that any property involved in a transaction involving money laundering, 18 U.S.C. §1957, or any property traceable to such property is subject to forfeiture to the United States.

Accordingly, the government respectfully requests the issuance of an arrest warrant and summons.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney

By: _____
WILLIAM F. HAGEN
Assistant United State Attorney
by permission of
Albert Ratliff
Attorney-in-Charge
NY Bar No. 1073907
SDTX Bar No. 6764
Assistant United States Attorney
United States Attorney's Office
P. O. Box 61129
Houston, Texas  77208
(713) 567-9579
FAX (713) 718-3300

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. **B-04-074** |
| $6,300.00, U.S. CURRENCY | § | |
| 14 K GOLD BRACELET | § | |
| 2001 FORD F150 TRUCK | § | |
| 1998 MERCURY GRAND MARQUIS | § | |
| Defendants. | § | |

## ORDER TO ISSUE WARRANT OF ARREST AND SUMMONS

It is ORDERED that the government's motion for a summons and warrant for the arrest of defendant properties pursuant to Rule C(3)(a)(i), Supplemental Rules for Certain Admiralty and Maritime Claims, is granted. The Clerk of the Court shall issue a Warrant of Arrest and Summons for the above listed properties.

Signed April _____, 2004, at Brownsville, Texas

_____
United States District Judge