4

United States District Court
Southern District of Texas
ENTERED

MAY 0 7 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B-04-074 |
| $6,300.00, U.S. CURRENCY | § | |
| 14 K GOLD BRACELET | § | |
| 2001 FORD F150 TRUCK | § | |
| 1998 MERCURY GRAND MARQUIS | § | |
| Defendants. | § | |

### ORDER TO ISSUE WARRANT OF ARREST AND SUMMONS

It is ORDERED that the government's motion for a summons and warrant for the arrest of defendant properties pursuant to Rule C(3)(a)(i), Supplemental Rules for Certain Admiralty and Maritime Claims, is granted. The Clerk of the Court shall issue a Warrant of Arrest and Summons for the above listed properties.

Signed May 6, 2004, at Brownsville, Texas

_____
United States District Judge