**U.S. Department of Justice**
**United States Marshals Service**

**PROCESS RECEIPT AND RETURN**

United States District Court
Southern District of Texas
FILED

| | | |
|---|---|---|
| PLAINTIFF **UNITED STATES OF AMERICA** | MAY 1 3 2004 | COURT CASE NUMBER B-04-074 |
| **$6,300 IN U.S.CURRENCY, ET AL** | Michael N. Milby Clerk of Court | TYPE OF PROCESS **PUBLICATION** |

**SERVE**
**▶**
**AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

U.S.M.S.

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)

| SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW: | |
|---|---|
| Albert Ratliff Assistant United States Attorney Office of the United States Attorney 910 Travis Street   Suite 1500 PO Box 61129 Houston, Texas   77208-1129 | Number of process to be served with this Form - 285 |
| | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

NOTICE OF FORFEITURE ATTACHED.  PLEASE PUBLISH IN LOCAL NEWSPAPER FOR THREE CONSECUTIVE WEEKS AND PROVIDE A VOUCHER AND A COPY OF THE PUBLICATION NOTICE TO THE AUSA AS SOON AS POSSIBLE AFTER THE LAST DAY OF PUBLICATION.

| Signature of Attorney or other Originator requesting service on behalf of : ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER (713) 567-9579 | DATE April 20, 2004 |
|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No._____ | District of Origin No._____ | District to Serve No._____ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I  hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and  return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

| Name and title of individual served (If not shown above) **Brownsville Herald** | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| Address (complete only if different than shown above) 1136 E. Van Buren Brownsville, Texas | Date of Service 04-28-04 | Time 3:15 pm |
| | Signature of U.S. Marshal or Deputy     DUSM | |

| Service Fee $45.00 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges 45.00 | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS:  Paperwork rec'd at Browns. Herald; to be published on May 3, May 9, & May 16, 2004.

| PRIOR EDITIONS MAY BE USED | **1. CLERK OF THE COURT** | FORM USM 285 (Rev. 12/15/80) |
|---|---|---|

*Make (5) copies when form is signed.  SEND  ORIGINAL + 4 COPIES  to USMS.  Retain Copy #5 for your file.*

| WHITE | PINK | BLUE | GREEN | YELLOW |
|---|---|---|---|---|