United States District C
Southern District of Te...
FILED

MAY 18 2004

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA } | |
| Plaintiff, } | |
| } | |
| VS. } | CIVIL ACTION NO. B-04-074 |
| } | |
| $6,300, U.S. CURRENCEY } | |
| 14K GOLD BRACELET } | |
| 2001 FORD F150 TRUCK } | |
| 1998 MERCURY GRAND MARQUIS } | |
| Defendants } | |

DEFENDANT'S ORIGINAL ANSWER TO COMPLAINT FOR FORFEITURE

COMES NOW, LUIS ANGEL CUELLAR AND SALLY CUELLAR, DEFENDANTS, and files this their Original Answer to Plaintiff's Complaint for Forfeiture In Rem and for grounds thereof would show as follows:

1. Defendants can neither admit or deny why this action is brought (Government's paragraph No. 1), but admits that this cause of action is governed by 21 U.S.C. Sect. 881.

2. Defendants admit this Court has jurisdiction.

3. Defendants admit that Venue is proper.

4. Defendants admit that such properties remain within the jurisdiction of the Court and request that the same be kept in good order and returned to Defendants upon final hearing.

5. Defendants deny paragraph No. 5., in that such properties are not subject to forfeiture as alleged.

6. Defendants admit paragraph No. 6 but deny that Luis Angel Cuellar was on probation during the alleged acts as stated in the indictment.

7. Defendants deny paragraph No. 8. There is no paragraph No. 7.

9. Defendants admit paragraph No. 9.

10. Defendant Sally Cuellar admits paragraph No. 10., but adds that she told the agents much more relevant information.

11. Defendants deny paragraph No. 11.

12. Defendants deny paragraph No. 12.

**WHERFORE PREMISES CONSIDERED,** the Defendants Luis Angel Cuellar and Sally Cuellar pray that the Government's complaint be denied in all things and that Defendants' property be returned forthwith.

Respectfully submitted,

*/s/ Noe Robles*

NOE ROBLES
1222 W. Harrison St., Suite A
Harlingen, Texas 78550
(956) 440-8007
(956) 440-0014 fax
State Bar No. 17118250
Federal Admission No. 10495
**ATTORNEY FOR DEFENDANT**

## VERIFICATION

On this day appeared attorney Noe Robles and after being duly sworn under oath stated:

"My name is Noe Robles, I am the attorney of record for Luis Angel Cuellar and I have authority to make this statement, I have read the statements contained in this Original Answer to Complaint for Forfeiture in Rem and these statements are true and correct to the best of my knowledge and belief."

_____
NOE ROBLES

**SWORN TO BEFORE ME BY NOE ROBLES** this 18th day of May, 2004.

_____
NOTARY PUBLIC
STATE OF TEXAS

NORMA MENCHACA
Notary Public, State of Texas
My Commission Expires
03-13-2007

VERIFICATION

On this day appeared Sally Cuellar and after being duly sworn under oath stated:

"My name is Sally Cuellar, I am the Defendant and owner of the property described in this Complaint for Forfeiture and I have authority to make this statement, I have read the statements contained in this Original Answer to Complaint for Forfeiture in Rem and these statements are true and correct to the best of my knowledge and belief."

_____
SALLY CUELLAR

SWORN TO BEFORE ME BY SALLY CUELLAR this 18th day of May, 2004.



_____
NOTARY PUBLIC
STATE OF TEXAS

CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this Answer has this day been hand-delivered to the U.S. Attorney's Office c/o AUSA BILL HAGEN, this the 18th day of May, 2004.

_____
NOE ROBLES