8

# U.S. Department of Justice
## United States Marshals Service

# PROCESS RECEIPT AND RETURN

RECEIVED
UNITED STATES MARSHALS
2004 JUL 20 PM 4:09
SOUTHERN DISTRICT S/TX

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | B-04- 074 |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| $6,300 IN U.S. CURRENCY, ET AL | COMPLAINT FOR FORFEITURE — WARRANT |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
U.S.M.S.

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)

United States District Court
Southern District of Texas
FILED
JUL 29 2004
Michael N. Milby
Clerk of Court

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Albert Ratliff
Assistant United States Attorney
Office of the United States Attorney
910 Travis Street  Suite 1500
PO Box 61129
Houston, Texas  77208-1129

Number of process to be served with this Form - 285

Number of parties to be served in this case

Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

**COMPLAINT FOR FORFEITURE IN REM ATTACHED (WARRANT)**

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT

TELEPHONE NUMBER: (713) 567-9579

DATE: April 16, 2004 / July 19, 2004

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process No. 1 | District of Origin No. 79 | District to Serve No. 79 | Signature of Authorized USMS Deputy or Clerk  Barbara Lowe | Date 7-20-04 |
|---|---|---|---|---|---|

I hereby certify and return that I ☒ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 7-21-04  Time: 4:00 pm

Signature of U.S. Marshal or Deputy
Brett Thomas, SDUSM

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| $45.00 | — | — | $45.00 | | | |

REMARKS:

Served $6,300.00 in U.S. Currency in the above referenced case.

PRIOR EDITIONS MAY BE USED

**1. CLERK OF THE COURT**

FORM USM 285 (Rev. 12/15/80)

Make (5) copies when form is signed.  SEND ORIGINAL + 4 COPIES to USMS. Retain Copy #5 for your file.

WHITE **CLERK**  PINK        BLUE        GREEN        YELLOW