| UNITED STATES DISTRICT COURT | ☆ | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

United States District Court
Southern District of Texas
ENTERED

AUG 1 9 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| versus | § | CIVIL ACTION NO. B: 04-74 |
| $6,300.00 U.S. CURRENCY, et al | § | |

## Order Resetting Conference

The initial pre-trial conference set for *September 13, 2004,* has been reset to:

**September 14, 2004 at 10:00 a.m.**

Signed on _____August 19_____, 2004 at Brownsville, Texas.

_____
Hilda G. Tagle
United States District Judge