UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B: 04-74 |
| $6,300.00, U.S. CURRENCY | § | |
| 14 K GOLD BRACELET | § | |
| 2001 FORD F150 TRUCK | § | |
| 1998 MERCURY GRAND MARQUIS | § | |
| Defendants. | § | |

## CERTIFICATE OF FINANCIAL INTEREST

United States of America, plaintiff, certifies that:

1. United States, plaintiff,

2. Luis Angel Cuellar, claimant,

3. Sally Cuellar, claimant, and

4. General Motors Acceptance Corporation, lienholder for the 2001 Ford F150,

have a financial interest in the outcome of this litigation.

Respectfully submitted,

MICHAEL T. SHELBY
United States Attorney

By:   /s/ Albert Ratliff
      Albert Ratliff
      Attorney-in-Charge
      NY Bar No. 1073907
      SDTX Bar No. 6764
      Assistant United States Attorney
      United States Attorney's Office
      P. O. Box 61129
      Houston, Texas  77208
      Office (713) 567-9579
      Fax (713) 718-3300

CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing pleading was mailed certified with a return receipt requested to Attorney Noe Robles, counsel of record for the claimants, on September 8, 2004.

/s/ Albert Ratliff
Albert Ratliff
Assistant United States Attorney