UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 0 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-04-074 |
| | § | |
| ONE 2001 FORD F150 TRUCK | § | |
| VIN: 1FTRW08L51KE13669 | § | |
| Defendant. | § | |

## VERIFIED CLAIM OF GENERAL MOTORS ACCEPTANCE CORPORATION TO RESPONDENT PROPERTY
### (2001 FORD F150 TRUCK)

BEFORE ME, the undersigned authority, personally appeared <u>Deborah Page</u>, being by me duly sworn, on oath states that she is the <u>Credit Administrator</u> for GENERAL MOTORS ACCEPTANCE CORPORATION ("GMAC"), and as such is authorized to make the following verified claim pursuant to Title 28 U.S.C. Rule C(6), Supplemental Rules for Certain Admiralty and Maritime Claims, Fed.R.Civ.P.:

"My name is Deborah Page. I am the <u>Credit Administrator</u> for GMAC and am the custodian of records for GMAC. I am authorized by GMAC to make this claim on its behalf and have personal knowledge of the facts herein stated.

"SALLY CUELLAR ('Buyer') signed and executed one (1) Retail Installment Contract as follows:

Contract: dated March 8, 2002 to Kellogg Chevrolet, Inc. ('Seller') in San Benito, TX, assigned to GMAC for valuable consideration under Account No. 084-9000-07646;

"Under the terms of the Contract, the Buyer purchased and granted to the Seller and its assigns a security interest in one (1) 2001 Ford F150 Truck bearing manufacturer's serial number

1FTRW08L51KE13669 ('Vehicle'). As of this date, the Buyer owes GMAC the amount of $12,531.34 plus accruing late charges and/or interest on said Contract at the rate of $3.99 per day.

"A copy of the Contract is attached hereto as Exhibit A and is incorporated herein for all purposes. A copy of the associated Certificate of Title is attached hereto as Exhibit B and is incorporated herein for all purposes.

"GMAC's collateral vehicle was seized by the United States Government and GMAC herein states that it should be allowed to foreclose its liens and recover possession of the Respondent Property. Alternatively, GMAC requests that the full amount of its lien on the Respondent Property be paid from the proceeds of any sale.

"The customer of GMAC is SALLY CUELLAR. GMAC has never had any contact with SALLY CUELLAR other than receiving payments on the Vehicle described above. GMAC has a valid good faith interest in the Respondent Property. GMAC was never aware that its collateral would be illegally used and had no prior knowledge of any criminal violation. GMAC's only role involving this vehicle was accepting the assignment of the Retail Installment Contract and accepting payments on the Contract.

"GMAC shows by this verified claim:

1. GMAC has a collateral interest in the Vehicle, the Respondent Property, as shown by the Retail Installment Contract and the respective Certificate of title;

2. GMAC has not had any contact with SALLY CUELLAR other than what is described in this affidavit and never had any knowledge that the Respondent Property would be used in violation of the law or that the source of the purchase money proceeds were other than legitimate;

3. GMAC does not have any knowledge of the particular violation which subjected this Vehicle to seizure and forfeiture; and

4. GMAC does not have any knowledge of a criminal record of SALLY CUELLAR and is not aware of the identity of any other person who is alleged to have used the subject Vehicle.

"I have examined the business records of GMAC and all of these records were kept in the ordinary course of business. Based on these records and the representations made to me, all of the facts stated herein are true and correct."

GENERAL MOTORS ACCEPTANCE CORPORATION

*Deborah Page* (signature)

SUBSCRIBED AND SWORN TO BEFORE ME the undersigned authority, on this 3rd day of September, 2004.

*L. A. Hodo* (signature)
NOTARY PUBLIC, STATE OF TEXAS

L. A. Hodo
Notary Public, State of Texas
My Comm Expires 11/26/05

# RETAIL INSTALMENT SALE CONTRACT
## GMAC FLEXIBLE FINANCE PLAN

**EXHIBIT A**

Dealer Number: 9000  Contract Number: 07696

**Buyer (and Co-Buyer) - Name and address (include county and zip code)**
SALLY CUELLAR
1676 RANCHO GRANDE
SAN BENITO CAMERON TX 78586

**Creditor (Seller name and address)**
KELLOGG CHEVROLET INC
1801 INDUSTRIAL WAY
SAN BENITO TX 78586

By signing this contract, you, the Buyer (and Co-Buyer, if any) choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay us, the Creditor, the Amount Financed and Finance Charge according to the payment schedule shown in this contract. We will figure the Finance Charge using the daily rate (see back).

| New or Used | Year | Make and Model | Vehicle Identification No. | Primary Use for Which Purchased |
|---|---|---|---|---|
| USED | 2001 | FORD TRUCK F150 | 1FTRW08L51KE13669 | [X] personal, family, or household [ ] agricultural [ ] business |

Your trade-in is a  Year 1999  Make CHEVROLET TRUCK  Model SILVERADO

## FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate | FINANCE CHARGE The dollar amount the credit will cost you | Amount Financed The amount of credit provided to you or on your behalf | Total of Payments The amount you will have paid after you have made all payments as scheduled | Total Sale Price The total cost of your purchase on credit, including your downpayment of $14375.00 |
|---|---|---|---|---|
| 12.90 % | $ 5591.43 | $ 15140.37 | $ 20731.80 | $ 35106.80 |

**Your Payment Schedule Will Be:**

| Number of Payments | Amount of Payments | When Payments Are Due | Or as Follows |
|---|---|---|---|
| 60 | $ 345.53 | Monthly beginning 04/23/2002 | |

**Late charge.** If a payment is not received in full within 15 days after it is due you will pay a late charge of 5% of the part of the payment that is late.

**Prepayment.** If you pay off all your debt early, you will not have to pay a penalty.

**Security Interest.** You are giving a security interest in the vehicle being purchased.

**Additional Information:** See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date, and security interest.

### ITEMIZATION OF AMOUNT FINANCED

1. Cash price (including any accessories, services, and taxes) ............ $ 26681.25 (1)
2. Total downpayment = (If negative enter "0" and see line 4A below)
   - Gross trade-in $ 10000.00  -payoff by seller  N/A
   - = net trade-in $ 10000.00  + cash $ 4375.00
   - + other (describe)  N/A  ............ $ 14375.00 (2)
3. Unpaid balance of cash price (1 minus 2) ............ $ 12306.25 (3)
4. Other charges including amounts paid to others on your behalf (Seller may keep part of these amounts.)
   - A Net trade-in payoff to ............ $ N/A
   - B Cost of optional credit insurance paid to insurance company or companies
     - Life $ 363.39
     - Disability $ N/A  ............ $ 363.39
   - C Other insurance paid to the insurance company ............ $ N/A
   - D Official fees paid to government agencies ............ $ N/A
   - E Dealer's inventory tax ............ $ 57.23
   - F Sales tax if not included in cash price ............ $ N/A
   - G Other taxes if not included in cash price ............ $ N/A
   - H Government license and/or registration fees ............ $ 5.50
   - I Government certificate of title fees ............ $ 13.00
   - J Government vehicle inspection fees ............ $ N/A
   - K Deputy service fee paid to dealer ............ $ N/A
   - L Documentary fee. A documentary fee is not an official fee. A documentary fee is not required by law, but may be charged to buyers for handling documents and performing services relating to the closing of a sale. A documentary fee may not exceed $50. This notice is required by law. ............ $ 50.00
   - M Other charges (Seller must identify who is paid and describe purpose.)
     - to SELLER/GM  for  NRPG/75000  $ 2345.00
     - to  for  $ N/A
     - to  for  $ N/A
     - to  for  $ N/A
   - Total other charges and amounts paid to others on your behalf ............ $ 2834.12 (4)
5. Amount financed (3 + 4) ............ $ 15140.37 (5)

### Insurance.
Physical damage insurance on the vehicle is REQUIRED until the amount is paid all you owe under this contract. You may obtain the physical damage insurance from any insurance company you choose that is authorized to do business in Texas. You may also furnish the required coverage through an existing policy. You are not required to buy any other insurance to obtain credit. If any insurance is included below, policies or certificates from the insurance company will describe the terms, conditions, and deductibles.

**Optional Credit Life and Credit Disability Insurance.** Credit life insurance and credit disability insurance are not required to obtain credit. They will not be provided unless you sign and agree to pay the extra cost.

[X] Credit Life  [X] Buyer  [ ] Co-Buyer  $ 363.39
[ ] Both  $ N/A
Term  60

[ ] Credit Disability (Buyer Only)  $ N/A
Term  N/A

SERVICE LIFE & CASUALTY I
(Insurance Company)
P.O. BOX
AUSTIN TX 78775-0800
(Home Office Address)

Credit life insurance pays only the amount you would owe if you paid all your payments on time. Credit disability insurance does not cover any increase in your payment or in the number of payments.

[ ] If the box is marked, the premium for the insurance coverage(s) included above is not fixed or approved by the Texas Insurance Commissioner.

I want the insurance indicated above

X Sally Cuellar  03/08/2002
(Buyer Signature)  (Date)

X
(Co-Buyer signature)  (Date)

**Optional Insurance Coverages.** The insurance described below is not required to obtain credit. It will not be provided unless you sign and agree to pay the extra cost.

| Coverage | Term in Months | Premium |
|---|---|---|
| N/A | N/A | $ N/A |
|  |  | $ N/A |

N/A
(Insurance Company)

N/A
(Home Office Address)

If the box next to a premium for an insurance coverage included above is marked, that premium is not fixed or approved by the Texas Insurance Commissioner.

I want the optional coverages for which premiums are included above

X
(Buyer signature)  (Date)

X
(Co-Buyer signature)  (Date)

**ANY INSURANCE REFERRED TO IN THIS CONTRACT DOES NOT INCLUDE COVERAGE FOR PERSONAL LIABILITY AND PROPERTY DAMAGE CAUSED TO OTHERS.**

**HOW THIS CONTRACT CAN BE CHANGED.** This contract contains the entire agreement between you and us relating to this contract. Any change to the contract must be in writing, and both you and we must sign it. No oral changes to the contract are binding.

Buyer (X) Sally Cuellar  Co-Buyer X

If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under this contract without losing them. For example, we may extend the time for making some payments without extending the time for making others.

See back for other important agreements.

**NOTICE TO THE BUYER - DO NOT SIGN THIS CONTRACT BEFORE YOU READ IT OR IF IT CONTAINS ANY BLANK SPACES. YOU ARE ENTITLED TO A COPY OF THE CONTRACT YOU SIGN. UNDER THE LAW YOU HAVE THE RIGHT TO PAY OFF IN ADVANCE THE FULL AMOUNT DUE AND UNDER CERTAIN CONDITIONS SAVE A PORTION OF THE FINANCE CHARGE. KEEP THIS CONTRACT TO PROTECT YOUR LEGAL RIGHTS.**

You agree to the terms of this contract and received a completed copy when you signed it.

Buyer Signs X Sally Cuellar  Date 03/08/2002  Co-Buyer Signs X  Date

Co-Buyers and Other Owners - A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The co-buyer or other owner knows that we will have a security interest in the vehicle and consents to the security interest.

Other owner signs here X  Date  Address

Creditor Signs KELLOGG CHEVROLET INC  Date 03/08/2002  By [signature]  Title

To contact General Motors Acceptance Corporation about this account, write or call in part to Texas law which is enforced by the Consumer Credit Commissioner, 2601 North Lamar Boulevard, Austin, Texas 78705-4207. Phone 800-538-1579; 512/936-7800, and can be contacted relative to any inquiries or complaints.

Seller assigns its interest in this contract to General Motors Acceptance Corporation (GMAC) under the terms of the GMAC Retail Plan Agreement.

Assigned with recourse  Assigned without recourse with repurchase as provided

Seller  By  Title  KELLOGG CHEVROLET INC  By [signature]  Title

Z100 FR TX 2/2002 (For use in the State of Texas) (1 of 4)  Notice: See Other Side
Copyright 2001 General Motors Acceptance Corporation  All Rights Reserved  ORIGINAL

WARNING! The form on the back of this detachable "tab" may only be utilized to notify TxDOT that you have sold the vehicle described on the attached certificate of title. A TITLE IN THE NEW OWNER'S NAME WILL NOT BE ISSUED. To have a new title issued in the new owner's name, the "Assignment of Title" section on the back of the certificate of title must be completed (by seller and buyer), and the new owner must file an application for title in his or her name at the local county tax assessor-collector's office.

GMAC
PO BOX 8104
COCKEYSVILLE, MD 21030-8104



**EXHIBIT B**

000515

▼ DETACH HERE ▼

# TEXAS CERTIFICATE OF TITLE

## ORIGINAL

VEHICLE TITLES AND REGISTRATION
53025235

| VEHICLE IDENTIFICATION NUMBER | YEAR MODEL | MAKE OF VEHICLE | BODY STYLE |
|---|---|---|---|
| 1FTRW08L51KE13669 | 2001 | FORD | PK |

TITLE/DOCUMENT NUMBER: 03120137328095607
DATE TITLE ISSUED: 04/11/2002

| MODEL | MFG CAPACITY IN TONS | WEIGHT | LICENSE NUMBER |
|---|---|---|---|
|  | 1/2 | 4900 | 4GML05 |

PREVIOUS OWNER
KELLOGG CHEV INC SAN BENITO TX

ODOMETER READING: 27627

OWNER
SALLY CUELLAR
1676 RANCHO GRANDE
SAN BENITO, TX 78586

REMARK(S): ACTUAL MILEAGE

X _____
SIGNATURE OF OWNER OR AGENT MUST BE IN INK

UNLESS OTHERWISE AUTHORIZED BY LAW, IT IS A VIOLATION OF STATE LAW TO SIGN THE NAME OF ANOTHER PERSON ON A CERTIFICATE OF TITLE OR OTHERWISE GIVE FALSE INFORMATION ON A CERTIFICATE OF TITLE

DATE OF LIEN          1ST LIENHOLDER
                      GMAC
                      P O BOX 8104
                      COCKEYSVILLE, MD 21030-8104

1ST LIEN RELEASED _____ DATE _____
BY _____ AUTHORIZED AGENT

DATE OF LIEN          2ND LIENHOLDER
2ND LIEN RELEASED _____ DATE _____
BY _____ AUTHORIZED AGENT

DATE OF LIEN          3RD LIENHOLDER
3RD LIEN RELEASED _____ DATE _____
BY _____ AUTHORIZED AGENT

IT IS HEREBY CERTIFIED THAT THE PERSON HEREIN NAMED IS THE OWNER OF THE VEHICLE DESCRIBED ABOVE WHICH IS SUBJECT TO THE ABOVE LIENS.

**RIGHTS OF SURVIVORSHIP AGREEMENT**
WE, THE PERSONS WHOSE SIGNATURES APPEAR HEREIN, HEREBY AGREE THAT THE OWNERSHIP OF THE VEHICLE DESCRIBED ON THIS CERTIFICATE OF TITLE SHALL FROM THIS DAY FORWARD BE HELD JOINTLY AND IN THE EVENT OF DEATH OF ANY OF THE PERSONS NAMED IN THIS AGREEMENT THE OWNERSHIP OF THE VEHICLE SHALL VEST IN THE SURVIVOR(S).

SIGNATURE _____ DATE _____
SIGNATURE _____ DATE _____
SIGNATURE _____ DATE _____

DO NOT ACCEPT TITLE SHOWING ERASURE, ALTERATION, OR MUTILATION.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | §<br>§<br>§<br>§ | |
| V. | § | CIVIL ACTION NO. B-04-074 |
| ONE 2001 FORD F150 TRUCK<br>VIN: 1FTRW08L51KE13669<br>Defendant. | §<br>§<br>§<br>§ | |

CERTIFICATE OF SERVICE OF
VERIFIED CLAIM OF GENERAL MOTORS ACCEPTANCE CORPORATION
TO REPSONDENT PROPERTY
*(2001 FORD F150 TRUCK)*

The undersigned hereby certifies that a true and correct copy of the Verified Claim Of General Motors Acceptance Corporation to Respondent Property has been served upon the United States Attorney by serving William E. Hagen, Assistant United States Attorney, P.O. Box 61129, Houston, Texas 77208 this _9th_ day of September, 2004, via regular first class U.S. mail, postage prepaid.

MICHAEL T. DONOHUE
SDTX ID 2938; S.B.N. 05989500
5225 Katy Freeway, Suite 350
Houston, Texas 77007
Telephone: (713) 864-8000
Facsimile:  (713) 864-0179

OF COUNSEL

LAWRENCE, BACA & DONOHUE