UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 1 0 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| Plaintiff, | § | |
| | § | |
| | § | |
| V. | § | CIVIL ACTION NO. B-04-074 |
| | § | |
| ONE 2001 FORD F150 TRUCK | § | |
| VIN: 1FTRW08L51KE13669 | § | |
| Defendant. | § | |

ANSWER OF GENERAL MOTORS ACCEPTANCE CORPORATION TO
COMPLAINT FOR FORFEITURE IN REM
*(2001 FORD F150 TRUCK)*

COMES NOW GENERAL MOTORS ACCEPTANCE CORPORATION ("GMAC"), by and through its attorney of record, and files its Answer to Complaint for Forfeiture in Rem and would respectfully show the Court the following:

1.      GMAC admits Paragraph 1 of the Complaint with respect to the applicable sections of 21 U.S.C. §801 et seq.

2.      GMAC admits Paragraph 2 of the Complaint regarding jurisdiction of the Court.

3.      GMAC admits Paragraph 3 of the Complaint regarding venue of the Court.

4.      GMAC is without knowledge or information sufficient to form a belief as to the truth of the averments in Paragraph 4 of the Complaint.

5.      GMAC is without knowledge or information sufficient to form a belief as to the truth of the averments as to Paragraph 5 of the Complaint; however, GMAC denies the Defendant vehicle should be forfeited.

6.      GMAC is without knowledge or information sufficient to form a belief as to the truth of the averments as to Paragraph 6 of the Complaint.

7.     GMAC is without knowledge or information sufficient to form a belief as to the truth of the averments as to Paragraph 7 of the Complaint.

8.     GMAC is without knowledge or information sufficient to form a belief as to the truth of the averments as to Paragraph 8 of the Complaint.

9.     GMAC is without knowledge or information sufficient to form a belief as to the truth of the averments as to Paragraph 9 of the Complaint.

10.     GMAC is without knowledge or information sufficient to form a belief as to the truth of the averments as to Paragraph 10 of the Complaint.

11.     GMAC is without knowledge or information sufficient to form a belief as to the truth of the averments as to Paragraph 11 of the Complaint.

12.     GMAC denies that a judgment of forfeiture should be entered.


Additional Answer and Defenses

13.     On or about March 8, 2002, SALLY CUELLAR executed a Retail Installment Contract ("Contract") in favor of Kellogg Chevrolet, Inc. in San Benito, Texas. By the terms of the Contract, the Buyer purchased and granted to the Seller a security interest in one (1) 2001 Ford F150 Truck bearing manufacturer's serial number 1FTRW08L51KE13669 ("Vehicle"). Thereafter the Contract was assigned to GMAC for valuable consideration, under Account No. 084-9000-07646.

GMAC is the owner and holder of said Contract and has a perfected security interest in the said Vehicle. GMAC is entitled to payment on the Contract in the principal amount of $12,531.34 plus accruing interest of $3.99 per diem interest accruing thereafter until the Contract is paid in full. A copy of the Contract with the associated Texas Certificate of Title is attached as Exhibits A and B to the Verified Claim to Respondent Property, filed herein on or about September 9, 2004.

14.    GMAC was informed of the United States Government's seizure of GMAC's collateral and on or about August 24, 2004, filed its petition for remission or mitigation. On or about August 24, 2004, GMAC was served with notice of the Complaint For Forfeiture In Rem. On or about September 9, 2004, GMAC filed its Verified Claim to Respondent Property, a copy of which is attached hereto as Exhibit "1" and is incorporated herein for all purposes.

15.    The transactions described above in Paragraph 13 were conducted at arms-length. GMAC had no knowledge of the alleged conduct giving rise to forfeiture. GMAC is a good faith, innocent lien holder to the property and as such asserts the defense of an innocent owner as defined in 18 U.S.C. §983 (d)(2) and 18 U.S.C. §983 (d)(6)(A).

16.    SALLY CUELLAR is in default under the terms of the Contract, because she has caused GMAC's collateral to be subjected to seizure. By the terms of the Contract, GMAC is entitled to repossess its collateral.

17.    GMAC herein requests remission or mitigation or the return of its collateral.

18.    GMAC has been required to retain the undersigned firm of attorneys in order to protect, defend and enforce its interests herein. The Contract described above provides that GMAC may recover its attorney's fees and costs. GMAC therefore requests payment in the amount of at least $1,600.00.

WHEREFORE PREMISES CONSIDERED, GENERAL MOTORS ACCEPTANCE CORPORATION (GMAC) prays the Court to DENY judgment of forfeiture; to DENY all of the relief requested in the Complaint for Forfeiture; to GRANT a pardon of the Respondent Property; to GRANT GMAC reasonable and necessary attorney's fees in the amount of at least $1,600.00; to GRANT GMAC possession of its collateral/respondent property; alternatively, to GRANT GMAC payment of its lien totaling $12,876.87 (as of August 26, 2004) plus accruing interest and attorney's fees; and for all relief both general and special to which GMAC may show itself justly entitled.

Respectfully submitted,



Michael T. Donohue
FED. ID. 2938; S.B.N. 05989500
5225 Katy Freeway, Suite 350
Houston, TX 77007
Telephone:  (713) 864-8000
Facsimile:    (713) 864-0179

OF COUNSEL
LAWRENCE, BACA AND DONOHUE


## CERTIFICATE OF SERVICE


The undersigned hereby certifies that a true and correct copy of the above and foregoing

Answer of General Motors Acceptance Corporation To Complaint For Forfeiture In Rem was served

upon the United States Attorney by serving the Attorney-in-Charge, William F. Hagen, Assistant

United States Attorney, P.O. Box 61129, Houston, Texas 77208 this 9th day of September 2004, via

regular first class U.S. mail, postage prepaid.

Michael T. Donohue

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

APR 2 0 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff, | § § § | |
| v. | § | CIVIL ACTION NO. **B-04-074** |
| $6,300.00, U.S. CURRENCY<br>14 K GOLD BRACELET<br>2001 FORD F150 TRUCK<br>1998 MERCURY GRAND MARQUIS<br>Defendants. | § § § § § § | |

## VERIFIED COMPLAINT FOR FORFEITURE IN REM

United States of America, plaintiff, files this action for forfeiture against:

$6,300.00, U.S. Currency,

14 K gold bracelet,

2001 Ford F150 truck, vehicle identification number 1FTRW08L51KE13669,

1998 Mercury Grand Marquis, vehicle identification number,

2MEFM74WXWX615265, defendant properties.

1.      This civil action in rem is brought to enforce 21 U.S.C.§ 881(a)(6) which provides

for the forfeiture of property that constitutes or is derived from proceeds traceable to illegal drug

trafficking in violation of Title II of the Controlled Substance Act, 21 U.S.C. § 801 et seq.

2.      This Court has jurisdiction pursuant to 28 U.S.C. §§1345 and 1355.

3.      Venue is proper in this Court pursuant to 28 U.S.C. §§ 1355, 1391(b) and 1395(a)

and (b).

4.      Defendant properties are and will remain within the jurisdiction of this Court

during the pendency of this action.

5.      The defendant properties are subject to forfeiture under 21 U.S.C.§ 881(a)(6) as



proceeds or property derived from proceeds traceable to illegal trafficking in controlled substance

in violation of Title II of the Controlled Substances Act, 21 U.S.C. § 801, et seq.

6.     A federal grand jury in the Southern District of Texas has returned an indictment

in *United States of America v. Juan Jose Cuellar and Luis Angel Cuellar*, Criminal No. B-03-

707.  In the indictment Luis Angel Cuellar is charged with conspiracy to possess with the intent

to distribute cocaine and marijuana.  Luis Angel Cuellar has pleaded guilty to conspiracy to

possess with the intent to distribute marijuana and is awaiting sentencing.  At the time of his

arrest, Luis Angel Cuellar was on probation for a marijuana conviction.

*Illegal Drug Proceeds*

8.     During the time period of the crimes charged in the indictment and earlier, criminal

defendant Luis Angel Cuellar and his wife, Sally Cuellar, had minimal legitimate income.  Based

on information received during the course of this investigation, criminal defendant Luis Angel

Cuellar generated substantial sums of money from his unlawful drug trafficking activities.

9.     On November 6, 2003, pursuant to a search warrant, law enforcement agents

searched the residence of Luis Angel Cuellar in San Benito, Texas.  There the agents seized

$6,300.00, U.S. Currency, 14 K gold bracelet, and a 2001 Ford F150 truck, vehicle identification

number 1FTRW08L51KE13669.  On November 7, 2003, law enforcement agents took custody

of 1998 Mercury Grand Marquis, vehicle identification number, 2MEFM74WXWX615265, in

Brownsville, Texas.

10.     While conducting the search the agents were informed by Sally Cuellar that she

was not employed, but she did earn $800 a year for interior design work and she stated that she

sells pit-bull puppies for approximately $120.00 each, earning approximately $2,000.00 per year,

but she just started selling the puppies in 2003.  Her son receives $600.00 per month for his

2

disability.

11.   Luis Angel Cuellar was arrested and was advised of his *Miranda* rights. After waiving his right to remain silent, he said that he earned approximately $300.00 per week. He said that he had not been involved in trafficking illegal drugs during the past two years. He did say that in the past he introduced sources/suppliers of drugs to persons who would transport the drugs to people in Atlanta, Georgia. A source has said, however, that Luis Angel Cuellar did assist in shipping loads of illegal drugs to Atlanta, Georgia. Evidence uncovered during the investigation established that Luis Angel Cuellar was involved in the shipment of numerous loads, including 1,800 pounds of marijuana at an approximate street value of $500,000 in Brownsville, Texas, and six kilograms of cocaine at an approximate street value of $60,000 in Brownsville.

12.   Although Luis Angel Cuellar and Sally Cuellar had nominal legitimate income, they made approximately $90,000 in cash purchases within the last five years:

> a.  their residence for approximately $60,000 cash, in November 2000,
>
> b.  a 2002 Blue Wave boat with $5,000 cash down payment and a note of about $14,000,
>
> c.  defendant property 2001 Ford F150 truck on 3/8/2002 with $4,375 cash, $10,000 trade-in and $15,140.37 financed,
>
> d.  approximately $16,000 of furniture between October 2000 and January 2001, and
>
> e.  defendant property 1998 Mercury Grand Marquis on or about July 25, 2001, for $9,000.00 cash.

12.   Therefore, plaintiff requests:

3

a. Arrest Warrants and summons, citing all persons having an interest in the

defendant property to appear on the return day of process by filing a claim and

answer pursuant to Rule C(6), Supplemental Rules for Certain Admiralty and

Maritime Claims, or as ordered by this Court,

b. A judgment of forfeiture; and

c. Costs and other relief to which the plaintiff may be entitled.


                Respectfully submitted,

                Michael T. Shelby
                United States Attorney

By:    _____

                WILLIAM F. HAGEN
                Assistant U.S. Attorney
                By permission of
                Albert Ratliff
                Attorney-in-Charge
                NY Bar No. 1073907
                SDTX Bar No. 6764
                Assistant United States Attorney
                United States Attorney's Office
                P. O. Box 61129
                Houston, Texas  77208
                Office (713) 567-9579
                Fax (713) 718-3300

4

## VERIFICATION

I am Robert Franklin, Special Agent, Drug Enforcement Administration, and I declare under penalty of perjury that I have read the foregoing Verified Complaint for Civil Forfeiture In Rem, and the facts stated therein are based upon my personal knowledge or from information obtained in the course of my investigation and are true and correct to the best of my knowledge and belief.

Executed on April 20, 2004.

Robert Franklin
Special Agent, Drug Enforcement Administration

RETAIL INSTALMENT SALE CONTRACT
GMAC FLEXIBLE FINANCE PLAN

Dealer Number  9000  Contract Number  07696

| Buyer (and Co-Buyer) - Name and address (include county and zip code) | Creditor (Seller name and address) |
|---|---|
| SALLY CUELLAR<br>1676 RANCHO GRANDE<br>SAN BENITO CAMERON TX 78586 | KELLOGG CHEVROLET INC<br>1801 INDUSTRIAL WAY<br>SAN BENITO TX 78586 |

By signing this contract, you, the Buyer (and Co-Buyer, if any) choose to buy the vehicle on credit under the agreements on the front and back of this contract. You agree to pay us, the Creditor, the Amount Financed and Finance Charge according to the payment schedule shown in this contract. We will figure the Finance Charge using the daily rate (see back)

| New or Used | Year | Make and Model | Vehicle Identification No | Primary Use for Which Purchased |
|---|---|---|---|---|
| USED | 2001 | FORD TRUCK F150 | 1FTRW08L51KE13669 | [X] personal, family, or household  [ ] agricultural<br>[ ] business |

Your trade-in is a    Year  1999   Make  CHEVROLET TRUCK  Model  SILVERADO

### FEDERAL TRUTH-IN-LENDING DISCLOSURES

| ANNUAL PERCENTAGE RATE The cost of your credit as a yearly rate | FINANCE CHARGE The dollar amount the credit will cost you | Amount Financed The amount of credit provided to you or on your behalf. | Total of Payments The amount you will have paid after you have made all payments as scheduled | Total Sale Price The total cost of your purchase on credit, including your downpayment of $ 14375.00 |
|---|---|---|---|---|
| 12.90 % | $ 5591.43 | $ 15140.37 | $ 20731.80 | $ 26106.80 |

Your Payment Schedule Will Be.

| Number of Payments | Amount of Payments | When Payments Are Due | Or as Follows |
|---|---|---|---|
| 60 | $ 345.53 | Monthly beginning  04/23/2002 | |

Late charges. If a payment is not received in full within 15 days after it is due you will pay a late charge of 5% of the part of the payment that is late

Prepayment  If you pay off all your debt early, you will not have to pay a penalty

Security Interest. You are giving a security interest in the vehicle being purchased

Additional Information: See this contract for more information including information about nonpayment, default, any required repayment in full before the scheduled date, and security interest

### ITEMIZATION OF AMOUNT FINANCED

1 Cash price (including any accessories, services, and taxes) ........ $  26681.25 (1)

2 Total downpayment = (If negative enter "0" and see line 4A below)
  Gross trade-in $  10000.00  -payoff by seller $  N/A
  = net trade-in $  10000.00  + cash $  4375.00
  + other (describe) $  N/A    $  14375.00 (2)

3 Unpaid balance of cash price (1 minus 2) ........ $  12306.25 (3)

4 Other charges including amounts paid to others on your behalf (Seller may keep part of these amounts )
  A  Net trade-in payoff to ........ $  N/A
  B  Cost of optional credit insurance paid to insurance company or companies
    Life  $  363.39
    Disability  $  N/A   $  363.39
  C  Other insurance paid to the insurance company  $  N/A
  D  Official fees paid to government agencies  $  N/A
  E  Dealer's inventory tax  $  57.23
  F  Sales tax if not included in cash price  $  N/A
  G  Other taxes if not included in cash price  $  N/A
  H  Government license and/or registration fees  $  5.50
  I  Government certificate of title fees  $  13.00
  J  Government vehicle inspection fees  $  N/A
  K  Deputy service fee paid to dealer  $  N/A
  L  Documentary fee. A documentary fee is not an official fee. A documentary fee is not required by law, but may be charged to buyers for handling documents and performing services relating to the closing of a sale. A documentary fee may not exceed $50. This notice is required by law  $  50.00
  M  Other charges (Seller must identify who is paid and describe purpose )
    to  SELLER/GM  for  NRPG/75000  $  2345.00
    to  for  $  N/A
    to  for  $  N/A
    to  for  $  N/A
  Total other charges and amounts paid to others on your behalf  $  2834.12 (4)

5 Amount financed (3 + 4) ........ $  15140.37 (5)

Insurance. Physical damage insurance on the vehicle is REQUIRED until you have paid all you owe under this contract. You may obtain the physical damage insurance from any insurance company you choose that is authorized to do business in Texas. You may also furnish the required coverage through an existing policy. You are not required to buy any other insurance to obtain credit

If any insurance is included below, policies or certificates from the insurance company will describe the terms, conditions, and deductibles

Optional Credit Life and Credit Disability Insurance Credit life insurance and credit disability insurance are not required to obtain credit. They will not be provided unless you sign and agree to pay the extra cost

[X] Credit Life [X] Buyer [ ] Co-Buyer  $  363.39
  [ ] Both $  N/A
  Term  60

[ ] Credit Disability (Buyer Only) $  N/A
  Term  N/A

SERVICE LIFE & CASUALTY I
(Insurance Company)
P.O. BOX
AUSTIN TX 78755-0800
(Home Office Address )

Credit life insurance pays only the amount you would owe if you paid all your payments on time Credit disability insurance does not cover any increase in your payment or in the number of payments

[ ] If the box is marked, the premium for the insurance coverage(s) included above is not fixed or approved by the Texas Insurance Commissioner

I want the insurance indicated above

X _Sally Cuellar_ 03/08/2002
(Buyer Signature)    (Date)

X _____
(Co-Buyer signature)    (Date)

Optional Insurance Coverage. The insurance described below is not required to obtain credit It will not be provided unless you sign and agree to pay the extra cost

| Coverage | Term in Months | Premium |
|---|---|---|
| N/A | N/A [ ]$ | N/A |
|  | [ ]$ | N/A |
| N/A | | |
| (Insurance Company) | | |
| N/A | | |
| (Home Office Address) | | |

If the box next to a premium for an insurance coverage included above is marked, that premium is not fixed or approved by the Texas Insurance Commissioner

I want the optional coverages for which premiums are included above

X _____
(Buyer signature)    (Date)

X _____
(Co-Buyer signature)    (Date)

**ANY INSURANCE REFERRED TO IN THIS CONTRACT DOES NOT INCLUDE COVERAGE FOR PERSONAL LIABILITY AND PROPERTY DAMAGE CAUSED TO OTHERS.**

HOW THIS CONTRACT CAN BE CHANGED. This contract contains the entire agreement between you and us relating to this contract. Any change to this contract must be in writing, and both you and we must sign it. No oral changes to this contract are binding

Buyer (1) _Sally Cuellar_ Co-Buyer X _____

If any part of this contract is not valid, all other parts stay valid. We may delay or refrain from enforcing any of our rights under the contract without losing them For example, we may extend the time for making some payments without extending the time for making others.

See back for other important agreements.

**NOTICE TO THE BUYER - DO NOT SIGN THIS CONTRACT BEFORE YOU READ IT OR IF IT CONTAINS ANY BLANK SPACES. YOU ARE ENTITLED TO A COPY OF THE CONTRACT YOU SIGN. UNDER THE LAW YOU HAVE THE RIGHT TO PAY OFF IN ADVANCE THE FULL AMOUNT DUE AND UNDER CERTAIN CONDITIONS SAVE A PORTION OF THE FINANCE CHARGE. KEEP THIS CONTRACT TO PROTECT YOUR LEGAL RIGHTS.**

You agree to the terms of this contract and received a completed copy when you signed it.

Buyer Signs X _Sally Cuellar_  Date 03/08/2002    Co-Buyer Signs X _____  Date

Co-buyers and other buyers - A co-buyer is a person who is responsible for paying the entire debt. An other owner is a person whose name is on the title to the vehicle but does not have to pay the debt. The co-buyer or other owner knows that we have a security interest in the vehicle and consents to the security interest

Other owner signs here X _____  Date    Address _____

Creditor Signs  KELLOGG CHEVROLET INC  Date 03/08/2002   By X _____

To contact General Motors Acceptance Corporation about this contract _____ This contract is subject in whole or in part to Texas law which is enforced by the Consumer Credit Commissioner, 2601 North Lamar Boulevard, Austin, Texas 78705-4207  Phone 800-538-1579, 512/936-7800, and can be contacted relative to any inquiries or complaints

Seller assigns its interest in this contract to General Motors Acceptance Corporation (GMAC) under the terms of the GMAC Retail Plan agreement

| Assigned with recourse | Assigned without recourse or with limited recourse |
|---|---|
|  | KELLOGG CHEVROLET INC |
| Seller    By    Title | By    Title |

Z109 FR TX 2/2002 (For use in the State of Texas) (1 of 4)    Notice: See Other Side
Copyright 2001 General Motors Acceptance Corporation  All Rights Reserved    ORIGINAL

EXHIBIT A 

WARNING! The form on the back of this detachable "tab" may only be utilized to notify TxDOT that you have sold the vehicle described on the attached certificate of title  A TITLE IN THE NEW OWNER'S NAME WILL NOT BE ISSUED  To have a new title issued in the new owner's name, the "Assignment of Title" section on the back of the certificate of title must be completed (by seller and buyer), and the new owner must file an application for title in his or her name at the local county tax assessor-collector's office

GMAC
PO BOX 8104
COCKEYSVILLE, MD 21030-8104

**EXHIBIT B**

000515

▼ DETACH HERE ▼

# TEXAS CERTIFICATE OF TITLE

## ORIGINAL

53025235

| VEHICLE IDENTIFICATION NUMBER | YEAR MODEL | MAKE OF VEHICLE | BODY STYLE |
|---|---|---|---|
| 1FTRW08L51KE13669 | 2001 | FORD | PK |

TITLE/DOCUMENT NUMBER 03120137328095607   DATE TITLE ISSUED 04/11/2002

| MODEL | MFG CAPACITY IN TONS | WEIGHT | LICENSE NUMBER |
|---|---|---|---|
| | 1/2 | 4900 | 4GML05 |

PREVIOUS OWNER
KELLOGG CHEV INC SAN BENITO TX

ODOMETER READING 27627

OWNER
SALLY CUELLAR
1676 RANCHO GRANDE
SAN BENITO, TX 78586

REMARK(S)  ACTUAL MILEAGE

X _____
SIGNATURE OF OWNER OR AGENT MUST BE IN INK

UNLESS OTHERWISE AUTHORIZED BY LAW, IT IS A VIOLATION OF STATE LAW TO SIGN THE NAME OF ANOTHER PERSON ON A CERTIFICATE OF TITLE OR OTHERWISE GIVE FALSE INFORMATION ON A CERTIFICATE OF TITLE

DATE OF LIEN        1ST LIENHOLDER
GMAC
P O BOX 8104
COCKEYSVILLE, MD 21030-8104

1ST LIEN RELEASED _____
BY _____ AUTHORIZED AGENT

DATE OF LIEN        2ND LIENHOLDER
2ND LIEN RELEASED _____ DATE
BY _____ AUTHORIZED AGENT

DATE OF LIEN        3RD LIENHOLDER
3RD LIEN RELEASED _____ DATE
BY _____ AUTHORIZED AGENT

IT IS HEREBY CERTIFIED THAT THE PERSON HEREIN NAMED IS THE OWNER OF THE VEHICLE DESCRIBED ABOVE WHICH IS SUBJECT TO THE ABOVE LIENS.

RIGHTS OF SURVIVORSHIP AGREEMENT WE, THE PERSONS WHOSE SIGNATURES APPEAR HEREIN, HEREBY AGREE THAT THE OWNERSHIP OF THE VEHICLE DESCRIBED ON THIS CERTIFICATE OF TITLE SHALL FROM THIS DAY FORWARD BE HELD JOINTLY AND IN THE EVENT OF DEATH OF ANY OF THE PERSONS NAMED IN THIS AGREEMENT OWNERSHIP OF THE VEHICLE SHALL VEST IN THE SURVIVOR(S)

SIGNATURE _____ DATE
SIGNATURE _____ DATE
SIGNATURE _____ DATE

DO NOT ACCEPT TITLE SHOWING ERASURE, ALTERATION, OR MUTILATION.