IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 13 2004

Michael N. Milby, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | |
| § | |
| $6,300, U.S.CURRENCY § | CIVIL ACTION NO. B:04-74 |
| 14K GOLD BRACELET § | |
| 2001 FORD F150 TRUCK § | |
| 1998 MERCURY GRAND MARQUIS, § | |
| DEFENDANTS § | |

**UNOPPOSED MOTION BY MR.ROBLES FOR COURT'S LEAVE FOR MR. WARNER TO STAND IN FOR MR. ROBLES AT HEARING ON JOINT DISCOVERY/CASE MANAGEMENT PLAN (HEARING TO BE HELD ON SEPTEMBER 14,2004 AT10:00A.M.)U.S.DIST.CT,S.D.TEX.CIV.R.,L.R.11.2**

Mr. Warner presents this Unopposed Motion by Mr.Robles for Court's Leave for Mr. Warner to Stand in for Mr. Robles at Hearing on Joint Discovery/Case Management Plan (Hearing to be held on September 14, 2004 at 10:00 a.m.), pursuant to U.S.DIST.CT,S.D.TEX.CIV.R.L.R.11.2, as follows:

1. This Court has scheduled a hearing on the Joint Discovery/Case Management Plan; the hearing is to be held on September 14,2004 at 10:00 a.m.

2. Mr. Robles asks the Court's leave for Mr. Warner to stand in for Mr. Robles at that hearing.

3. There are two reasons for asking that another lawyer be able to stand in. First, the parties have agreed on the discovery

plan, subject to the Court's approval. So, the matter before the Court is not contested. Second, Mr. Robles is a solo practitioner who has these two deportation matters to be heard on September 14, 2004 at the Immigration Court at the Port Isabel Service Processing Center: USA v. Luis Angel Cuellar and USA v. Arturo Batista. Each of those cases is complex and contested. Mr. Robles is the only lawyer representing the client. Each matter has been reset; each must be dealt with on September 14, 2004 in the morning.

4. The Rule governing standing in provides:

"L.R.11.2 Responsibility The attorney-in-charge is responsible in that action for the party. That individual attorney shall attend all court proceedings or send a fully informed attorney with authority to bind the client." U.S.DIST.CT,S.D.TEX.CIV.R.L.R.11.2.

5. Mr. Warner is familiar with the parties' proposed agreed discovery plan. He is prepared to bind the client to the agreed discovery plan, subject to the Court's approval.

6. The Motion for Leave to Stand in is unopposed. On September 13, 2004 at about 2 p.m. Mr. Warner spoke with Mr. Ratliff, counsel for the Government, at 713 567 9579, about this Motion for Leave to Stand in. The government is not opposed to this Motion. Additionally, as noted, the parties are agreed on the Joint Discovery Plan.

**CONCLUSION AND REQUEST FOR RELIEF**

The District Court should grant Mr. Warner leave to stand in for Mr. Robles at hearing on Joint Discovery/Case Management Plan

(Hearing to be held on September 14,2004 at10:00a.m.)
U.S.DIST.CT,S.D.TEX.CIV.R.,L.R.11.2

                          Respectfully,

                          */s/ Larry Warner*

                          Larry Warner,
                          Attorney for Movant
                          777 East Harrison St.
                          Brownsville, Tx 78520
                          956 542 4784; fax 544 5234
                          USDC,SDTX 1230;Sbot 20871500