IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | |
| § | |
| $6,300, U.S.CURRENCY § | CIVIL ACTION NO. B:04-74 |
| 14K GOLD BRACELET § | |
| 2001 FORD F150 TRUCK § | |
| 1998 MERCURY GRAND MARQUIS, § | |
| DEFENDANTS § | |

O R D E R

BE IT REMEMBERED, that on the _____ day of _____, 2004, came on to be considered the above and foregoing **UNOPPOSED MOTION BY MR.ROBLES FOR COURT'S LEAVE FOR MR. WARNER TO STAND IN FOR MR. ROBLES AT HEARING ON JOINT DISCOVERY/CASE MANAGEMENT PLAN(HEARING TO BE HELD ON SEPTEMBER 14,2004 AT 10:00A.M.) U.S.DIST.CT.S.D.TEX.CIV.R.,L.R.11.2** by Defendants. After consideration of the same, it is the opinion of the Court that the same be:

( ) GRANTED.

( ) DENIED, to which ruling the Defendant excepts.

( ) SET FOR HEARING ON THE _____ day of _____, 2003, at _____ o'clock ____.

Signed this _____ day of _____, 2004

_____
JUDGE PRESIDING

Page 6 of 6