IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 13 2004

Michael N. Milby, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | |
| § | |
| $6,300, U.S.CURRENCY § | CIVIL ACTION NO. B:04-74 |
| 14K GOLD BRACELET § | |
| 2001 FORD F150 TRUCK § | |
| 1998 MERCURY GRAND MARQUIS, § | |
| DEFENDANTS § | |

### CERTIFICATE OF SERVICE

Unopposed Motion by Mr. Robles for Court's Leave for Mr. Warner to Stand in for Mr. Robles at Hearing on Joint Discovery/Case Management Plan (Hearing to be held on September 14, 2004 at 10:00 a.m.)
U.S.DIST.CT,S.D.TEX.CIV.R.,L.R.11.2

On September 13, 2004 I faxed a copy of this Motion to Mr. Ratliff at 713 718 3300. On Sept.14, 2004 I will, at his request, hand him another copy of this Motion.

Respectfully,

*[signature: Larry Warner]*

Larry Warner,
Attorney for Movant
777 East Harrison St.
Brownsville, Tx 78520
956 542 4784; fax 544 5234
USDC,SDTX 1230;Sbot 20871500

Page 4 of 5

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | |
| | § | |
| $6,300, U.S.CURRENCY | § | CIVIL ACTION NO. B:04-74 |
| 14K GOLD BRACELET | § | |
| 2001 FORD F150 TRUCK | § | |
| 1998 MERCURY GRAND MARQUIS, | § | |
| DEFENDANTS | § | |

## CERTIFICATE OF CONFERENCE RE

UNOPPOSED MOTION BY MR.ROBLES FOR COURT'S LEAVE FOR MR. WARNER TO STAND IN FOR MR. ROBLES AT HEARING ON JOINT DISCOVERY/CASE MANAGEMENT PLAN(HEARING TO BE HELD ON SEPTEMBER 14,2004 AT 10:00A.M.) U.S.DIST.CT.S.D.TEX.CIV.R.,L.R.11.2

The Motion for Leave to Stand in is unopposed. On September 13, 2004 at about 2 p.m. Mr. Warner spoke with Mr. Ratliff, counsel for the Government, at 713 567 9579, about this Motion for Leave to Stand in. The government is not opposed to this Motion. Additionally, as noted, the parties are agreed on the Joint Discovery Plan.

Respectfully,

*/s/ Larry Warner*

Larry Warner,
Attorney for Movant
777 East Harrison St.
Brownsville, Tx 78520
956 542 4784; fax 544 5234
USDC,SDTX 1230;Sbot 20871500