UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

SEP 14 2004

Michael N. Milby, Clerk of Court

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>v.<br>$6,300.00, U.S. CURRENCY<br>14 K GOLD BRACELET<br>2001 FORD F150 TRUCK<br>1998 MERCURY GRAND MARQUIS<br>Defendants. | §<br>§<br>§<br>§  CIVIL ACTION NO. B: 04-74<br>§<br>§<br>§<br>§<br>§ |

### JOINT MOTION FOR AN AGREED FINAL JUDGMENT OF FORFEITURE

United States, Plaintiff, and Luis Angel Cuellar and Sally Cuellar, Claimants, move for an agreed judgment of forfeiture. The parties have reached the following agreement:

1. Luis Angel Cuellar and Sally Cuellar, Claimants, agree to forfeit their interest in Defendants $6,300.00, U.S. Currency, 14 K Gold Bracelet, and 2001 Ford F150 Truck to the United States.

2. The United States agrees to return Defendant 1998 Mercury Grand Marquis to Luis Angel Cuellar and Sally Cuellar, Claimants.

Accordingly, the parties move for an agreed judgment of forfeiture.

Respectfully submitted,

1

Michael T. Shelby

United States Attorney

By: /s/ Albert Ratliff
Albert Ratliff
NY Bar No. 1073907/SDTX Bar No. 6764
Assistant United States Attorney
Counsel for Plaintiff
P.O. Box 61129
Houston, Texas 77208
(713)567-9579/fax (713)718-3300

/s/ Luis Angel Cuellar by Larry Warner
Luis Angel Cuellar, Claimants

/s/ Sally Cuellar
Sally Cuellar, Claimants

_____

Noe Robles
Counsel for Luis Angel Cuellar and Sally Cuellar, Claimants
by: /s/ Larry Warner for Noe Robles
Larry Warner
777 East Harrison
Brownsville, Texas 78520
(956) 542-4784
(956) 544-5234 fax
State Bar #20871500/SBOT# 1230