UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B: 04-74 |
| $6,300.00, U.S. CURRENCY | § | |
| 14 K GOLD BRACELET | § | |
| 2001 FORD F150 TRUCK | § | |
| 1998 MERCURY GRAND MARQUIS | § | |
| Defendants. | § | |

AGREED JUDGMENT OF FORFEITURE

It is ORDERED that the interest of Luis Angel Cuellar and Sally Cuellar, Claimants, in Defendants $6,300.00, U.S. Currency, 14 K Gold Bracelet, and 2001 Ford F150 Truck is forfeited to the United States. The United States shall return the 1998 Mercury Grand Marquis to Luis Angel Cuellar and Sally Cuellar, Claimants.

This is a Final Judgment of Forfeiture as to Luis Angel Cuellar and Sally Cuellar.

Signed on _____, 2004, Brownsville, Texas.

_____
HILDA TAGLE
UNITED STATES DISTRICT JUDGE

AGREED AS TO FORM AND SUBSTANCE:

Noe Robles
Counsel for Luis Angel Cuellar and Sally Cuellar, Claimants
by: _____
Larry Warner
777 East Harrison
Brownsville, Texas 78520
(956) 542-4784

3