IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED
SEP 15 2004
Michael N. Milby, Clerk of Court
By Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| VS. § | |
| § | |
| $6,300, U.S. CURRENCY § | CIVIL ACTION NO. B:04-74 |
| 14K GOLD BRACELET § | |
| 2001 FORD F150 TRUCK § | |
| 1998 MERCURY GRAND MARQUIS, § | |
| DEFENDANTS § | |

O R D E R

BE IT REMEMBERED, that on the __14th__ day of __September__, 2004, came on to be considered the above and foregoing UNOPPOSED MOTION BY MR. ROBLES FOR COURT'S LEAVE FOR MR. WARNER TO STAND IN FOR MR. ROBLES AT HEARING ON JOINT DISCOVERY/CASE MANAGEMENT PLAN (HEARING TO BE HELD ON SEPTEMBER 14, 2004 AT 10:00A.M.) U.S.DIST.CT.S.D.TEX.CIV.R.,L.R.11.2 by Defendants. After consideration of the same, it is the opinion of the Court that the same be:

(X) GRANTED.

( ) DENIED, to which ruling the Defendant excepts.

( ) SET FOR HEARING ON THE ____ day of _____, 2003, at ____ o'clock ____.

Signed this __14__ day of __September__, 2004

_____
JUDGE PRESIDING