UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

OCT 27 2004

Michael N. Milby, Clerk
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. B: 04-74 |
| $6,300.00, U.S. CURRENCY | § | |
| 14 K GOLD BRACELET | § | |
| 2001 FORD F150 TRUCK | § | |
| 1998 MERCURY GRAND MARQUIS | § | |
| Defendants. | § | |

### AGREED JUDGMENT OF FORFEITURE

It is ORDERED that the interest of Luis Angel Cuellar and Sally Cuellar, Claimants, in Defendants $6,300.00, U.S. Currency, 14 K Gold Bracelet, and 2001 Ford F150 Truck is forfeited to the United States. The United States shall return the 1998 Mercury Grand Marquis to Luis Angel Cuellar and Sally Cuellar, Claimants.

This is a Final Judgment of Forfeiture as to Luis Angel Cuellar and Sally Cuellar.

Signed on October 27, 2004, Brownsville, Texas.

_____
HILDA TAGLE
UNITED STATES DISTRICT JUDGE

AGREED AS TO FORM AND SUBSTANCE:

Noe Robles
Counsel for Luis Angel Cuellar and Sally Cuellar, Claimants
by: _____ for Noe Robles
Larry Warner
777 East Harrison
Brownsville, Texas 78520
(956) 542-4784

3

(956) 544-5234 fax
State Bar #20871500/SBOT# 1230

_Luis Angel Cuellar by Ray Warney_
Luis Angel Cuellar, Claimants

_Sally Cuellar_
Sally Cuellar, Claimants


Michael T. Shelby
United States Attorney

By: _Albert Ratliff_
Albert Ratliff
NY Bar No. 1073907/SDTX Bar No. 6764
Assistant United States Attorney
Counsel for Plaintiff
P.O. Box 61129
Houston, Texas 77208
(713)567-9579/fax (713)718-3300

4