UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. B-04-74 |
| § | |
| $6,300.00, U.S. CURRENCY § | |
| 14 K GOLD BRACELET § | |
| 2001 FORD F150 TRUCK § | |
| 1998 MERCURY GRAND MARQUIS § | |
| Defendants. § | |

## JOINT MOTION FOR AN AGREED ORDER
## OF FORFEITURE AND FINAL JUDGMENT

United States, plaintiff, and General Motors Acceptance Corporation, claimant, move for an agreed order of forfeiture and final judgment.

1. United States filed a forfeiture complaint against defendant properties. Claimants Luis Angel Cuellar and Sally Cuellar filed a claim which was resolved with the Agreed Judgment of Forfeiture signed on October 27, 2004, Exhibit A.

2. Claimant General Motors Acceptance Corporation filed a claim for defendant 2001 Ford F150 truck. The government and Claimant General Motors Acceptance Corporation have agreed to the following:

   a. There was probable cause for the seizure of defendant 2001 Ford F150 truck, vehicle identification number 1FTRW08L51KE13669;

   b. The 2001 Ford F150 truck, vehicle identification number 1FTRW08L51KE13669 is forfeited to the United States;

   d. The United States Marshal's Service shall dispose of the 2001 Ford F150 truck and discharge the lien of General Motors Acceptance Corporation, claimant, in

the amount of $12,531.34 with $3.99 per diem from August 26, 2004;

e. General Motors Acceptance Corporation, claimant, will hold the United States, including its employees, agents, and assignees, harmless for any damages or causes of action relating to this action;

f. All parties will bear their costs including attorneys' fees; and

g. Any relief not specifically granted is denied.

3. Accordingly, United States, plaintiff, and General Motors Acceptance Corporation, claimant, move for entry of the agreed final judgment.

Respectfully submitted,

Michael T. Shelby, United States Attorney

By: /s/Albert Ratliff
Albert Ratliff
Attorney-in-Charge
NY Bar No. 1073907
SDTX Bar No. 6764
Assistant United States Attorney
United States Attorney's Office
P. O. Box 61129
Houston, Texas 77208
Office (713) 567-9579
Fax (713) 718-3300

Dated: January 12, 2005

General Motors Acceptance Corporation, claimant,

By: _____
Michael T. Donohue
Lawrence, Baca & Donohue
5225 Kathy Freeway, Suite 350
Houston, TX 77007
Office 713-864-8000
Fax 713-864-0179

Dated: JAN 13, 2005