B-04-CV074

## AFFIDAVIT

STATE OF TEXAS §
COUNTY OF CAMERON §

United States District Court
Southern District of Texas
FILED

MAR 3 0 2005

Michael N. Milby
Clerk of Court

Before me, the undersigned notary, on this day, personally appeared Larry Warner, a person whose identity is known to me.

After I administered an oath to *him*, upon *his* oath, *he* said:

Sally Cuellar is indigent. She is a single mother receiving SSI with no job and a husband in the penitentiary. She has no money, credit, or property, other than her homestead. Her lawyers are pro bono publico. The court should waive costs. Counsel will promptly supplement this averment with an affidavit from Sally Cuellar.

Larry Warner, Attorney At Law

**SUBSCRIBED AND SWORN** BEFORE ME ON THIS DAY 30th OF MARCH, 2005, BY THE SAID OF LARRY WARNER ATTORNEY AT LAW.

Diana Conner
NOTARY PUBLIC
FOR THE STATE OF TEXAS
MY COMMISSION EXPIRES 2-26-2008



DIANA CONNER
MY COMMISSION EXPIRES
February 26, 2008

7