United States District Court
Southern District of Texas
ENTERED

APR 0 1 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. B-04-74 |
| § | |
| $6,300.00, U.S. CURRENCY § | |
| 14 K GOLD BRACELET § | |
| 2001 FORD F150 TRUCK § | |
| 1998 MERCURY GRAND MARQUIS § | |
| Defendants. § | |

## AGREED ORDER OF FORFEITURE AND FINAL JUDGMENT

United States, plaintiff, and General Motors Acceptance Corporation, claimant, have settled all matters and have moved for this order of forfeiture and final judgment. It is ORDERED that:

1. There was probable cause for the seizure of defendant 2001 Ford F150 truck, vehicle identification number 1FTRW08L51KE13669;

2. The 2001 Ford F150 truck, vehicle identification number 1FTRW08L51KE13669 is forfeited to the United States;

3. The United States Marshal's Service shall dispose of the 2001 Ford F150 truck and discharge the lien of General Motors Acceptance Corporation, claimant, in the amount of $12,531.34 with $3.99 per diem from August 26, 2004;

4. General Motors Acceptance Corporation, claimant, will hold the United States, including its employees, agents, and assignees, harmless for any damages or causes of action relating to this action;

5. All parties will bear their costs including attorneys' fees; and

6. Any relief not specifically granted is denied.

This is a Final Judgment.

Signed on April 1, 2005, at Brownsville, Texas.

_____
HILDA TAGLE
UNITED STATES DISTRICT COURT JUDGE