United States District Court
Southern District of Texas
FILED

APR 0 6 2005

Michael N. Milby
Clerk of Court

1:04cv74

In the United States District Court for the Southern District of Texas, Brownsville Division

In the matter of the Interest of Sally Cuellar in the following realty:
Lot1, block 23, Rancho Grande South Subdivision, Section VII, Cameron County, Texas, according to map or plat thereof recorded B-03-707-S1
in Cabinet 1, Page1685-A,1685-B, and 1686-A, of the Map Records of Cameron County, Texas (In rem forfeiture proceeding)

**AFFIDAVIT OF WIFE AND LETTER TO HUSBAND REFERENCE ENCUMBRANCES ON REALTY**

Larry Warner, Attorney at Law
777 E. Harrison Street, 2nd Floor
Brownsville, Texas 78520
(956)542-4784 FAX (956)544-5234
State Bar # 2871500/USDC,SDTX 1230
Pro Bono Publico Counsel

Noe Robles
Attorney at Law
1222 W. Harrison St., Ste.A
Harlingen, Texas 78550
Additional Counsel

## **AFFIDAVIT**

**STATE OF TEXAS**          §
**COUNTY OF CAMERON**       §

Before me, the undersigned notary, on this day, personally appeared Sally Cuellar, a person whose identity is known to me.

After I administered an oath to *her*, upon *her* oath, *she* said:

I, Sally Cuellar am indigent. I am a single mother receiving SSI with no job and a husband in the penitentiary. I have no money, credit, or property, other than my homestead. My lawyers are pro bono publico. The court should waive costs. I Sally Cuellar promise that I will not encumber my homestead (realty) during the pendency of these proceedings. The realty is described as follows:

Lot1, block 23, Rancho Grande South Subdivision, Section VII, Cameron County, Texas, according to map or plat thereof recorded B-03-707-S1 in Cabinet 1, Page1685-A, 1685-B, and 1686-A, of the Map Records of Cameron County, Texas

*Sally Cuellar* (signature)
Sally Cuellar

**SUBSCRIBED AND SWORN** BEFORE ME ON THIS DAY  1st , OF April, 2005, BY THE SAID OF LARRY WARNER ATTORNEY AT LAW.

*Diana Conner* (signature)
Diana Conner
NOTARY PUBLIC
FOR THE STATE OF TEXAS
MY COMMISSION EXPIRES 2-26-2008

[Notary Seal: DIANA CONNER, MY COMMISSION EXPIRES February 26, 2008]

8

# LARRY WARNER
### ATTORNEY AT LAW
777 E. Harrison Street, 2nd Floor
E-mail address: larry@larrywarner.com

(956) 542-4784        Brownsville, Texas 78520        (956) 544-5234 fax

April 1, 2005

<u>*VIA REGULAR MAIL*</u>
FCI BASTROP
Luis Angel Cuellar
REG#BR 27100179
1341 Highway 95 North
Bastrop, Texas 78602

Dear Mr. Cuellar

ENCLOSED is an Affidavit for you to sign and return to us A.S.A.P. in the enclosed stamped envelope.

**Please keep us informed any time if your location is changed within the department of corrections. It is important that we be able to communicate with you.**

Sincerely,

*Diana Conner*

Diana Conner-Legal Assistant to
Larry Warner-Attorney at Law

cc:

*Sally Cuellar
1676 W. Rancho Grande
San Benito, Texas 78586*

Board Certified, Texas Board of Legal Specialization(1983); Admitted to practice, Supreme Court of the United States(1984); Member, Commission, Texas Board of Legal Specialization(1988-1991)Member, House of Representatives of Texas(70th & 71st Legislatures; Member, Committee on Rules of Evidence, State Bar of Texas (1998-2007);Candidate, Board Certification, Civil Appellate Law, Texas Board of Legal Specialization(2005)

1

