UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. |
| $6,300.00, U.S. CURRENCY § | |
| 14 K GOLD BRACELET § | |
| 2001 FORD F150 TRUCK § | |
| 1998 MERCURY GRAND MARQUIS § | |
| Defendants. § | |

GOVERNMENT'S MOTION TO DISMISS UNDER Fed. R. Civ. P. 12(b)(1)

United States of America, Plaintiff, moves to dismiss Third Party Petition of Wife re: Community Homestead against United States of America filed by Sally Cuellar. Docket Entry 18.

1.   Sally Cuellar has filed a petition seeking a hearing to adjudicate her interest in real property that was forfeited in the criminal case of *United States of America v. Luis Angel Cuellar*, Criminal No. B-03-707-S1.  A copy of the order of forfeiture is attached as exhibit 1.  Ancillary proceedings in the criminal case under 21 U.S.C. §853(n) and  Fed. R. Crim. 32.2 provide for the litigation of third party interest in property that was forfeited in a criminal case.

2.   This petition has been filed in the wrong case.  The real property is under the jurisdiction of the criminal case and is not and has not been included in this civil case.

3.   Accordingly, the government moves under Fed. R. Civ. P. 12(b)(1) for a ordering dismissing this petition for lack of subject matter jurisdiction.

>                             Respectfully submitted,
>
>                             Michael T. Shelby
>                             United States Attorney
>
>           By:    /s/Albert Ratliff

        Albert Ratliff
Attorney-in-Charge
NY Bar No. 1073907
SDTX Bar No. 6764
Assistant United States Attorney
United States Attorney's Office
P. O. Box 61129
Houston, Texas  77208
Office (713) 567-9579
Fax (713) 718-3300

Certificate of Service

I certify that on April 18, 2005, a true copy of this Government's Motion to Dismiss was mailed by first class, certified mail and return receipt requested and was faxed to:

Noe Robles, Attorney at Law
1222 W Harrison St, Ste A
Harlingen, TX 78550, and

Larry Warner, Attorney At Law
777 E Harrison, 2nd Fl
Brownsville, TX 78521.

/s/ Albert Ratliff
Albert Ratliff
Assistant U.S. Attorney