United States District Court
Southern District of Texas
ENTERED

MAY 1 4 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

2003R01030

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

United States District Court
Southern District of Texas
FILED

MAY 06 2004

Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| vs | § § § | CRIMINAL NO. B-03-707-S1 |
| LUIS ANGEL CUELLAR | § | |

### PRELIMINARY ORDER OF FORFEITURE OF REAL PROPERTY

BE IT REMEMBERED that on May 6, 2004, after considering the submissions of the parties on the forfeiture of real property, the Court entered the following Preliminary Order of Forfeiture in the above captioned case.

The government provided notice to the defendant in the superseding indictment that it sought to forfeit real property and improvements located at 1676 Calle Rancho Grande West, in the City of San Benito in Cameron County, Texas, under Title 21 U.S.C. §853(a)(1) and (2) as property constituting, or derived from, proceeds obtained in violation of Title 21 U.S.C. §§846 and 841, and as real property used or intended to be used to facilitate the commission of violations of Title 21 U.S.C. §§846 and 841. The defendant LUIS ANGEL CUELLAR has entered a guilty plea to the conspiracy to distribute marihuana as charged in count two of the superseding indictment.

The defendant initially contested the forfeiture of the real property. At sentencing, the parties offered evidence that satisfies the Court by a preponderance of the evidence that the real property constitutes, or was derived from, proceeds the defendant obtained from the conspiracy charged in the superseding indictment and was used to facilitate and further those illegal activities. The Court is satisfied that the property is subject to forfeiture



PLAINTIFF'S
EXHIBIT
1

under Title 21 U.S.C. §853(a)(1) and (2). The Court therefore ORDERS the following property forfeited to the United States pursuant to Title 21 U.S.C. § 853:

The real property and improvements, including all buildings and fixtures, located at 1676 Calle Rancho Grande West, in the City of San Benito in Cameron County, Texas, more particularly described as

> Lot 1, block 23, Rancho Grande South Subdivision, Section VII in Cameron County, Texas, according to map or plat thereof recorded in Cabinet 1, Page 1685-A, 1685-B and 1686-A, of the Map Records of Cameron County, Texas.

The United States shall provide notice to third parties as provided by statute. Any third party claiming an interest in the above property may petition the court under 21 U.S.C. §853(n) and Federal Rule of Criminal Procedure 32.2(c). If the court receives a third party petition asserting an interest in the property within the time established in §853(n)(2), the Court will conduct an ancillary hearing on the petition as prescribed by statute and Rule 32.2.

This PRELIMINARY ORDER OF FORFEITURE shall become final as to Defendant LUIS ANGEL CUELLAR at sentencing, and shall be made a part of the sentence and included in the judgment of conviction.

DONE at Brownsville, Texas this 6th day of May, 2004.

HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE

TRUE COPY I CERTIFY
ATTEST:
MICHAEL N. MILBY, CLERK
By_____ Deputy Clerk