UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　Plaintiff,<br><br>v.<br>$6,300.00, U.S. CURRENCY<br>14 K GOLD BRACELET<br>2001 FORD F150 TRUCK<br>1998 MERCURY GRAND MARQUIS<br>　　　　　Defendants. | §<br>§<br>§<br>§　CIVIL ACTION NO.<br>§<br>§<br>§<br>§<br>§ |

## ORDER

The Third Party Petition of Wife re: Community Homestead against United States of America filed by Sally Cuellar, Docket Entry 18, is dismissed.

Signed on April _____, 2005, Brownsville, Texas.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hilda G. Tagle
　　　　　　　　　　　　　　　　　　　United States District Judge