United States District Court
Southern District of Texas
ENTERED

APR 21 2005

Michael N. Milby, Clerk of Court
By Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| Plaintiff, | § § § | |
| v. | § § | Civil Action B-04-074 |
| $6,300.00, U.S. CURRENCY<br>14 K GOLD BRACELET<br>2001 FORD F150 TRUCK<br>1998 MERCURY GRAND MARQUIS<br>Defendants. | § § § § § § | |

## ORDER

BE IT REMEMBERED that on April 20, 2005, the Court **GRANTED** Plaintiff's Motion to Dismiss Under Federal Rule of Civil Procedure 12(b)(1) [Dkt. No. 22-1]. The "Third Party Petition of Wife re: Community Homestead," was incorrectly filed in this civil forfeiture proceeding, and should have been filed in the criminal case of *United States of America v. Luis Angel Cuellar*, Criminal No. B-03-707-S1. Petitioner, therefore, should pursue any appropriate litigation of her third party interests in the criminal case. Accordingly, Petitioner's Third Party Petition is **DISMISSED** [Dkt. No. 18].

DONE at Brownsville, Texas, this 20th day of April 2005.

Hilda G. Tagle
United States District Judge