| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN |
|---|---|

| PLAINTIFF<br>UNITED STATES OF AMERICA | COURT CASE NUMBER<br>B-04-074 |
|---|---|
| DEFENDANT<br>$6,300.00 U. S. Currency, 14 K Gold Bracelet, 2001 Ford F150 Truck, 1998 Mercury Grand Marquis | TYPE OF PROCESS<br>Agreed Order of Forfeiture and Final Judgment |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
USMS

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)
Three Allen Center, 333 Clay St., Suite # 3050, Houston, Texas 77002

United States District Court
Southern District of Texas
FILED
APR 2 8 2005
Michael N. Milby
Clerk of Court

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

Albert Ratliff
Assistant United States Attorney
Office of the United States Attorney
910 Travis Street, Suite 1500
P. O. Box 61129
Houston, Texas 77208-1129

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

Final Disposition

04-DEA-428109

| Signature of Attorney or other Originator requesting service on behalf of:<br>Albert Ratliff, AUSA | ☒ PLAINTIFF<br>☐ DEFENDANT | TELEPHONE NUMBER<br>(713) 567-9579 | DATE<br>04/4/05 |
|---|---|---|---|

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>No. 1 | District of Origin<br>No. 79 | District to Serve<br>No. 79 | Signature of Authorized USMS Deputy or Clerk<br>Ricky Rodriguez | Date<br>4/4/05 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in ▫Remarks▫, the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).

☐ A person of suitable age and discretion then residing in the defendant▫s usual place of abode.

Address (complete only if different than shown above)

Date of Service: 4/25/05    Time: 3:15 pm

Signature of U.S. Marshal or Deputy

| Service Fee<br>45.00 | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges<br>45.00 | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS:

On 1/14/05, the 2001 Ford F-150 was sold at Public Auction for $10,000.00. Proceeds were deposited into the Asset Forfeiture Fund.

On 4/13/05, per Agreed Order of Forfeiture and Final Judgment and instructions from AUSA Albert Ratliff, payment processed to lien holder, GMAC, in the amount of $13,433.08.

| PRIOR EDITIONS MAY BE USED | **CLERK** SEND ORIGINAL + 4 COPIES to USMS. Copy #5 for your file | FORM USM 285 (Rev. 12/15/80) |
|---|---|---|

| 1. CLERK OF COURT<br>White | 2. USMS Record<br>Pink | 3. Notice of Service<br>Yellow | 4. Billing Statement<br>Blue | 5. Acknowledgment of Receipt<br>Green |
|---|---|---|---|---|