In the United States District Court
for the Southern District of Texas
Brownsville Division

| | | |
|---|---|---|
| United States of America | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| $6,300, U.S.Currency | § | Civil Action No. B-04-74 |
| 14K Gold Bracelet | § | |
| 2001 Ford F150 Truck | § | |
| 1998 Mercury Grand Marquis, | § | |
|     Defendants. | § | |

United States District Court
Southern District of Texas
FILED

SEP 2 0 2005

Michael N. Milby
Clerk of Court

# LUIS CUELLAR'S AFFIDAVIT

## AFFIDAVIT

STATE OF TEXAS             §
COUNTY OF CAMERON          §

I Luis Cuellar swear the foregoing affidavit is true and correct. I swear this as an inmate in the penitentiary and swear to its truth under penalty of perjury.

I, Luis Cuellar am indigent. I am in the penitentiary. I have no money, credit, or property other than my homestead where my wife and chidren reside. My lawyers are pro bono publico. The court should waive costs. I Luis Cuellar promise that I will not encumber my homestead (realty) during the pendency of these proceedings. The realty is described as follows:

>  Lot1, block 23, Rancho Grande South Subdivision, Section VII, Cameron County, Texas, according to map or plat thereof recorded B-03-707-S1 in Cabinet 1, Page1685-A,1685-B, and 1686-A, of the Map Records of Cameron County, Texas

_____
Luis Cuellar

9

In the United States District Court
for the Southern District of Texas
Brownsville Division

| | | |
|---|---|---|
| United States of America | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | |
| $6,300, U.S. Currency | § | Civil Action No. B-04-74 |
| 14K Gold Bracelet | § | |
| 2001 Ford F150 Truck | § | |
| 1998 Mercury Grand Marquis, | § | |
|     Defendants. | § | |

**CERTIFICATE OF SERVICE**

I mailed a copy of, **LUIS CUELLAR'S AFFIDAVIT**, the document to which this certificate is attached to opposing counsel's office on the day it was filed.

              Attorney James Turner
              Assistant U.S. Attorney
                P.O. Box 31129
              Houston, TX 77208-1129

I mailed it on the following date: ~~August 12,~~ Sept. 6, 2005

              Respectfully submitted,
              August 12, 2005

              /s/ Larry Warner
              Larry Warner, Attorney at Law
              777 E. Harrison Street, 2nd Floor
              Brownsville, Texas 78520
              (956)542-4784/FAX (956)544-5234
              State Bar # 2871500/USDC,SDTX 1230
              Attorney for Appellant,
              Luis Angel Cuellar